37810. GRIFFIN et al. v. CITIZENS & SOUTHERN
NATIONAL BANK.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED JANUARY 6, 1982 —
REHEARING DENIED FEBRUARY 3, 1982.

*Pitts, Nations & Associates, Hugh Nations,* for appellants.
*J. Ed Seagraves, W. E. Zachary, Sr.,* for appellee.